UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KARA WRIGHT, JANE DOE 1 and
JANE DOE 2, as Personal
Representative

       Plaintiffs,

v.                              Case No:  2:16-cv-418-FtM-38MRM

INSIGHT PHARMACEUTICALS, LLC
and WAL-MART STORES, INC.,

       Defendants.
_____/

**<u>ORDER</u>**[1]

      This matter comes before the Court on *sua sponte* review of the file.  On May 27, 2016, Plaintiff Kara Wright, as personal representative of her minor children, initiated this action against Defendants Insight Pharmaceuticals, LLC and Wal-Mart Stores, Inc.  (Doc. #1).  On June 8, 2016, the Court reviewed the Complaint for subject matter jurisdiction, and found it to be lacking.  (Doc. #5).  The Court thus dismissed the Complaint without prejudice and directed Plaintiff to file an amended complaint on or before June 15, 2016, that properly alleged subject matter jurisdiction.  In so ordering, the Court warned Plaintiff, "[f]ailure to do so will result in this case being dismissed without further notice."  (Doc. #5 at 3).  To date, Plaintiff has not filed an amended complaint, and the time to do so has

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

expired.  Plaintiff thus has evidenced a lack of interest in prosecuting this case.  *See* M.D. Fla. R. 3.10(a).

Accordingly, it is now

**ORDERED:**

The Clerk of Court is **DIRECTED** to enter judgment dismissing the above-captioned case, terminate all pending deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of June, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record